**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BEATRICE RAINWATER,                          *
                                         *
            Plaintiff,    *
                                         *
v.                                           *
                                         *        No. 4:12CV00709-JJV
CAROLYN W. COLVIN, Commissioner,             *
Social Security Administration,              *
                                         *
           Defendant.    *

## **ORDER AND JUDGMENT**

      Pursuant to Plaintiff 's voluntary Motion to Dismiss (Doc. No. 11) filed on March 7, 2013,

this case is DISMISSED without prejudice.

      SO ORDERED this 11th day of March. 2013.


_____
JOE J.  VOLPE
UNITED STATES MAGISTRATE JUDGE